IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
NO. 1:20-cv-119

ANGELA SUE LIVELY and husband, LOUIS LIVELY,

    Plaintiffs,

v.

ROGER LANE REED and REED AND SONS, INC. d/b/a REED'S USED AUTO PARTS/REED'S AUTO PARTS,

    Defendants.

**NOTICE OF REMOVAL**

TO:    The United States District Court
        For the Western District of North Carolina
        Asheville Division

Defendants Roger Lane Reed and Reed and Sons, Inc. d/b/a Reed's Used Auto Parts/Reed's Auto Parts (hereinafter "Defendants"), through their undersigned counsel, hereby exercise their rights under the provisions of Title 28 U.S.C. § 1441 et seq., to remove this action from the General Court of Justice, Superior Court Division, Buncombe County, North Carolina, in which this cause is now pending as Case No. 20 CVS 1222. Defendants show unto the Court as follows:

1.    This is an action of a civil nature in which the District Courts of the United States have been given original jurisdiction pursuant to Title 28 U.S.C. § 1332 in that complete diversity of citizenship existed at the time of the filing of this action and still exists as between the Plaintiffs on the one hand and Defendants on the other, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

2.    Under the provisions of 28 U.S.C. § 1441 et seq., the right exists to remove this cause from the General Court of Justice, Superior Court Division, Buncombe County, North

Carolina, to the United States District Court for the Western District of North Carolina, which is the District where this action is pending.

3. Plaintiffs initiated this action by filing a Complaint on March 23, 2020 styled <u>Angela Sue Lively and husband, Louis Lively v. Robert Lane Reed and Reed and Sons, Inc. d/b/a Reed's Used Auto Parts/Reed's Auto Parts</u> in the General Court of Justice, Superior Court Division, Buncombe County, North Carolina, Case No. 20 CVS 1222. In their Complaint, Plaintiffs asserted claims against Defendants "Robert" Lane Reed and Reed and Sons, Inc. d/b/a Reed's Used Auto Parts/Reed's Auto Parts founded in negligence, seeking to recover damages arising out of Defendants' conduct with regard to a motor vehicle accident that occurred on March 15, 2018 in Buncombe County, North Carolina.

4. Service of the Complaint was perfected upon Reed and Sons, Inc. d/b/a Reed's Used Auto Parts/Reed's Auto Parts on April 1, 2020. Serve of the Complaint was never perfected on Robert Lane Reed.

5. Following notification by defense counsel that the name of the individual defendant was incorrect and that the alleged state of incorporation for the corporate defendant was incorrect, Plaintiffs filed an Amended Complaint on April 30, 2020 to address these issues.

6. Plaintiffs are now, and were at the commencement of this action, citizens and residents of Seminole County, Florida.

7. Defendant Roger Lane Reed is now, and was at the commencement of this action, a citizen and resident of the State of South Carolina for the purpose of determining diversity jurisdiction.

8. Defendant Reed and Sons, Inc. d/b/a Reed's Used Auto Parts/Reed's Auto Parts is now, and was at the commencement of this litigation, a corporation organized and existing under

2

the laws of the State of South Carolina. Although Defendant Reed and Sons, Inc. d/b/a Reed's Used Auto Parts/Reed's Auto Parts was doing business in North Carolina on the date of this accident, its principal place of business is in Easley, South Carolina.

9. The date on or before which Defendants are required by the Rules of Civil Procedure of the State of North Carolina to answer or otherwise plead to Plaintiffs' Amended Complaint has not lapsed.

10. In accordance with the requirements of Title 28 U.S.C. § 1446(b), this Notice of Removal was filed within 30 days after the receipt by Defendants Roger Lane Reed and Reed and Sons, Inc. d/b/a Reed's Used Auto Parts/Reed's Auto Parts, through service or otherwise, of a copy of the amended pleading setting forth the claim for relief upon which the action is based and providing a basis for removal by properly identifying the diversity of the parties. The undersigned counsel executed an Acceptance of Service of the Summonses and Amended Complaint on May 5, 2020 on behalf of both Defendants.

11. Pursuant to the provisions of 28 U.S.C. § 1446(a), Defendants attach herewith and incorporate herein by reference as **Exhibit A** copies of the process and pleadings filed in the Buncombe County, North Carolina action.

12. Service of this Notice of Removal is being made upon on all parties as required by law.

13. As required by 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendants will serve upon Plaintiffs and file with the Clerk of the appropriate trial division of the Courts of Buncombe County, North Carolina, a "Notice of Filing Notice of Removal" in the form attached hereto (without exhibits) as **Exhibit B**.

3
Case 1:20-cv-00119-MOC-WCM   Document 1   Filed 05/15/20   Page 3 of 5

WHEREFORE, Defendants Roger Lane Reed and Reed and Sons, Inc. d/b/a Reed's Used Auto Parts/Reed's Auto Parts pray that this action be removed to this Court for further proceedings, as though this action had originally been instituted in this Court.

This the 15th day of May, 2020.

                              YOUNG MOORE AND HENDERSON P.A.

                              BY: /s/ Dana H. Hoffman
                                    DANA H. HOFFMAN
                                    NC State Bar No. 17381
                                    ANDERSON H. PHILLIPS
                                    NC State Bar No. 53243
                                    *Attorneys for Defendants*
                                    3101 Glenwood Avenue, Suite 200
                                    Post Office Box 31627
                                    Raleigh, North Carolina 27622
                                    (919) 782-6860
                                    dana.hoffman@youngmoorelaw.com
                                    anderson.phillips@youngmoorelaw.com

# CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that she filed with the Clerk of Court using the CM/ECF system and also served the foregoing document upon the attorney(s) shown below by email and/or depositing a copy of same in the United States mail, postage prepaid, addressed to said attorney(s).

      This the 15th day of May, 2020.

                                    YOUNG MOORE AND HENDERSON P.A.

                                    BY: /s/ Dana H. Hoffman
                                               DANA H. HOFFMAN
                                               NC State Bar No. 17381
                                               ANDERSON H. PHILLIPS
                                               NC State Bar No. 53243
                                             *Attorneys for Defendants*
                                               3101 Glenwood Avenue, Suite 200
                                               Post Office Box 31627
                                               Raleigh, North Carolina 27622
                                               (919) 782-6860
                                               dana.hoffman@youngmoorelaw.com
                                               anderson.phillips@youngmoorelaw.com

Served on:

Brad A. Stark
W. Perry Fisher, II
Megan N. Silver
Fisher Stark, P.A.
99 McDowell St.
Asheville, NC 28801
brad@fisherstark.com
perry@fisherstark.com
megan@fisherstark.com
*Attorneys for Plaintiffs*

506-031/4965481

5
Case 1:20-cv-00119-MOC-WCM    Document 1    Filed 05/15/20    Page 5 of 5