IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 119 MOC WCM

| | |
|---|---|
| ANGELA SUE LIVELY and <br> LOUIS LIVELY <br><br> Plaintiffs, <br><br> v. <br><br> ROGER LANE REED and <br> REED AND SONS, INC., *d/b/a* <br> *Reed's Used Auto Parts/Reed's Auto Parts* <br><br> Defendants. | ORDER |

This matter is before the Court following the parties' submission of a Joint Memorandum on Pending Discovery Disputes Between the Parties (the "Joint Memorandum," Doc. 38). Also pending is Plaintiffs' Motion to Amend Pretrial Order and Case Management Plan (the "Motion to Amend," Doc. 32) and Plaintiffs' Motion for Physical Examination (the "Motion for IME," Doc. 34).

A status conference was conducted on June 15, 2021. Following a lengthy discussion with counsel of the issues raised in the Joint Memorandum, the Court set a briefing schedule and hearing date to resolve any outstanding discovery disputes. The Court also advised that the July 6, 2021 motions

1

deadline would be held in abeyance pending resolution of the remaining discovery disputes.

This Order memorializes those rulings.

**IT IS THEREFORE ORDERED** that:

1. Plaintiffs and Defendants are each **GRANTED LEAVE** to file, on or before, June 23, 2021,

    a. An Omnibus Motion addressing the discovery disputes raised in the parties' Joint Memorandum on Pending Discovery Disputes Between the Parties (Doc. 38), to the extent the parties are not able to resolve those disputes. Such Omnibus Motion need not address the Motion for IME (Doc. 34) or the Motion to Amend (Doc. 32). If necessary, a separate motion addressing Plaintiffs' "Issue 4: Improper Issuance of a Subpoena under Rule 45" as set out in the Joint Memorandum may also be filed.

    b. Responses to such Motion(s) shall be filed on or before June 30, 2021.

    c. Replies, if any, shall be filed on or before July 7, 2021.

2. The Clerk is **RESPECTFULLY DIRECTED** to set a hearing on Plaintiffs' Motion for Physical Examination (Doc. 34) and Plaintiffs' Motion to Amend Pretrial Order and Case Management Plan (Doc. 32) for July 14,

2021 at 2:00 p.m. Any Motions filed by June 23 concerning the parties' other discovery disputes will also be set for hearing at that time.

3. **IT IS FURTHER ORDERED** that the July 6, 2021 Motions deadline, see Doc. 15, is **HELD IN ABEYANCE** pending resolution of the outstanding discovery issues.

Signed: June 15, 2021

W. Carleton Metcalf
United States Magistrate Judge