UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO: 1-20-CV-00119-MOC-WCM

| | |
|---|---|
| ANGELA SUE LIVELY and<br>LOUIS LIVELY,<br><br>    Plaintiffs,<br><br>v.<br><br>ROGER LANE REED and REED AND<br>SONS, INC., d/b/a REED'S USED<br>AUTO PARTS/REED'S AUTO PARTS,<br><br>    Defendants. | **STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br>Fed. R. Civ. P. 41 |

    Plaintiffs Angela Sue Lively and Louis Lively together with the Defendants, Roger Lane Reed and Reed and Sons, Inc d/b/a/Reeds Used Auto Parts/Reeds Auto Parts, by and through their undersigned counsel, hereby stipulate and give notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that Plaintiff Angela Lively's claim for lost wages, ONLY, in this matter is hereby DISMISSED WITH PREJUDICE. This stipulation does not affect any other pending claims. Each party shall bear their own costs and attorney fees as to Plaintiff Angela Lively's claim for lost wages.

    Respectfully submitted this the 12th day of October 2021.

| | |
|---|---|
| /s/ Brad A. Stark<br>W. PERRY FISHER, II<br>N.C. Bar No. 14153<br>perry@fisherstark.com<br>BRAD A. STARK<br>N.C. Bar No. 34228<br>brad@fisherstark.com<br>99 McDowell Street<br>Asheville, North Carolina 28801<br>Telephone: (828) 505-4300<br>Facsimile: (828) 505-4302 | /s/ Dana H. Hoffman<br>Dana H. Hoffman, Esq.<br>NC State Bar No. 17381<br>Dana.Hoffman@youngmoorelaw.com<br>Anderson H. Phillips, Esq.<br>NC State Bar No. 52343<br>Anderson.phillips@youngmoorelaw.com<br>Young Moore and Henderson, P.A.<br>P.O. Box 31627<br>Raleigh, NC 27622<br>Telephone: (919) 782-6860<br>Fax: (919) 782-6753 |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, the undersigned electronically filed electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE (lost wages only) pursuant to Rule 41 of the Federal Rules of Civil Procedure with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users, including counsel for defendants, Dana A. Hoffman at dana.hoffman@youngmoorelaw.com and Matthew Burke at matthew.burke@youngmoorelaw.com

This 12th day of October 2021.

Respectfully submitted,

**FISHER STARK, P.A.**

By: /s/ Brad A. Stark
W. PERRY FISHER, II
N.C. Bar No. 14153
perry@fisherstark.com
BRAD A. STARK
N.C. Bar No. 34228
brad@fisherstark.com
99 McDowell Street
Asheville, North Carolina 28801
Telephone: (828) 505-4300
Facsimile: (828) 505-4302
Attorneys for Plaintiff