UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-119-MOC-WCM

| | |
|---|---|
| **ANGELA SUE LIVELY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **ROGER LANE REID, ET AL.,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiffs' Motion to Be Excused from Certain Trial Dates. (Doc. No. 72). Plaintiffs ask the Court to move the scheduled trial date from February 7, 2022, to February 9, 2022. Defendants do not oppose the motion. The motion is **GRANTED**.

The trial in this matter shall begin on February 9, 2022, at 9:30 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801.

**IT IS SO ORDERED**.

Signed: December 7, 2021

Max O. Cogburn Jr.
United States District Judge